UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-61457-SMITH/VALLE

OSCAR J. NAVIA,

    Appellant,

v.

ROBIN R. WEINER,

    Appellee.
_____/

## ORDER

**THIS CAUSE** is before the Court upon *pro se* Appellant Oscar J. Navia's Motion for Extension of Time (ECF No. 12). Appellant seeks a 30-day extension to file his opening brief, which was due on August 12, 2019. Upon consideration, it is hereby

**ORDERED AND ADJUDGED** that the Motion (ECF No. 12) is **GRANTED**, *nunc pro tunc*. Appellant shall have until no later than **September 11, 2019** to serve and file his brief in this matter. Appellant is warned, however, that going forward, he must adhere to all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida, including Local Rule 7.1(a)(3)'s conferral requirements. *See* https://www.flsd.uscourts.gov/sites/flsd/files/2018-Local-Rules.pdf. Future motions that do not comply with these Rules will be stricken.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of August, 2019.

                                              RODNEY SMITH
                                              UNITED STATES DISTRICT JUDGE

cc: All counsel of record; Oscar J. Navia, *pro se*